# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Nereyda Zarely Negrete MANUEL,<br><br>  Defendant. | Case No.: '22 MJ0075<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 6, 2021, within the Southern District of California, Nereyda Zarely Negrete MANUEL did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Guillermo Diaz
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of January 2022.

_____
HON. MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On January 6, 2022, at approximately 8:33 PM, Nereyda Zarely Negrete MANUEL, ("MANUEL"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry Pedestrian Lane.

A Customs and Border Protection Officer received two negative Customs declarations from MANUEL. MANUEL stated she was crossing the border to go to Chula Vista, California. A computer-generated alert prompted the Customs and Border Protection Officer to refer MANUEL to secondary inspection.

A Canine Enforcement Team conducted a search of MANUEL in secondary inspection utilizing a Human Narcotics Detection Dog (HNDD). During the search, the HNDD alerted and indicated to the front groin and waist area of MANUEL.

A Customs and Border Protection Officer in secondary inspection conducted a pat-down search of MANUEL, witnessed by an additional Customs and Border Protection Officer. During the pat-down search, the Customs and Border Protection Officer felt an anomaly on the waist of MANUEL. Customs and Border Protection Officers escorted MANUEL to a private room, where further inspection resulted in the discovery of one package concealed by the corset that was worn under MANUEL's clothes. The one package had a total approximate weight of 1.02 kgs

1

(2.25 lbs). A sample of the substance contained within the one package field tested positive for the characteristics of fentanyl.

MANUEL was placed under arrest at approximately 9:44 PM.

During a post-Miranda interview, MANUEL admitted that she was going to be paid $1,000 USD to smuggle the narcotics into the United States, however she would only net $700 because she owed money. MANUEL claimed to be taking the narcotics to a McDonald's in close proximity to the Otay Mesa Port of Entry in San Diego, California to give the narcotics to an adult male by the name of "Ricky".

MANUEL was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.